THE LAW OFFICES OF
FAUSTO E. ZAPATA, JR., P.C.

Broadway Chambers Building
277 Broadway, Suite 206
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

February 18, 2020

*VIA ECF*

Hon. Jesse M. Furman
District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: **Amended Letter**
Lauren N. Rivera v. Michael B. Palillo, P.C.,
et al, SDNY Case No. 19 Civ. 10533 (JMF)

Dear Judge Furman,

Our office represents the Defendants in the above referenced matter. We write on behalf of both parties to request an adjournment of the Fed. R. Civ. P. 16 initial pretrial conference, scheduled for March 3, 2020 at 3:00pm.

As Your Honor knows, the Court granted Defendants' January 10, 2020, application seeking an enlargement of time to file papers responding to Plaintiff's complaint. Defendants filed their Answer on February 10, 2020.[1] In addition, the parties are scheduled to attend a Settlement Conference before Magistrate Judge Netburn on March 18, 2020. The parties are requesting that the initial pretrial conference be adjourned until after the settlement conference has completed.

Aside from this application, Defendants have not made any other requests for extensions of this conference. This is the parties' first application seeking an adjournment, individually or jointly.

On that note, the parties respectfully request an adjournment of the March 3, 2020, Fed. R. Civ. P. 16 pretrial conference. The parties are available during the afternoon of April 6, or April 7 or April 8, 2020.

Application GRANTED. The initial pretrial conference currently scheduled for March 3, 2020, is hereby ADJOURNED to **April 7, 2020, at 2:45 p.m**. The Clerk of Court is directed to terminate ECF Nos. 14 and 15. SO ORDERED.

Feburary 24, 2020

---

[1] The Court granted an expansion of time, to February 9, 2020, which was a Sunday. We filed our Answer on February 10, 2020, pursuant to Fed. R. Civ. P. 6.

Thank you in advance for your consideration.

Respectfully submitted

Fausto E. Zapata, Jr.

C: M. Palillo
R. Nardo
File