UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAUREN N. RIVERA,

                              **Plaintiff,**

                   -against-

MICHAEL B. PALILLO, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

19-CV-10533 (JMF)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

In light of recent public health developments, the settlement conference scheduled for Wednesday, March 18, 2020, at 10:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 12, 2020
                New York, New York