UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAUREN RIVERA,

                  **Plaintiff,**

-against-

MICHAEL PALILLO, et al.,

                  **Defendants.**

-----------------------------------------------------------------X

19-CV-10533 (SN)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2020

**SARAH NETBURN, United States Magistrate Judge:**

On Thursday, April 02, 2020, the parties consented to my jurisdiction for the purpose of reviewing the fairness of their Fair Labor Standards Act settlement. The parties are instructed to submit the executed settlement agreement for the Court's review no later than Monday, April 27, 2020. The settlement agreement shall be filed publicly on ECF unless a party can establish a basis for sealing the submission under the standard set forth in <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 22, 2020
                 New York, New York