```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAUREN RIVERA,

                              Plaintiff,

           -against-

MICHAEL PALILLO, et al.,

                             Defendants.

-----------------------------------------------------------------X

19-CV-10533 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on March 18, 2020, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on May 11, 2020. ECF No. 26. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable.[1] The settlement is APPROVED, and this action is DISMISSED with prejudice. As per the parties' agreement, the Court retains jurisdiction of the action to resolve any disputes arising out of enforcement of the settlement.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      May 15, 2020
                 New York, New York

---

[1] Consistent with the law in this Circuit, the Court interprets the settlement agreement's non-disparagement provision to exempt truthful statements. See, e.g., Felix v. Breakroom Burgers & Tacos, 15-cv-3531 (PAE), 2016 WL 3791149, at *3 (S.D.N.Y. Mar. 8, 2016); Lazaro-Garcia v. Sengupta Food Servs., 15-cv-4259 (RA), 2015 WL 9162701, at *3 (S.D.N.Y. Dec. 15, 2015).